1  DOMINICA C. ANDERSON (SBN 2988)
   **DUANE MORRIS LLP**
2  100 N. City Parkway, Suite 1560
   Las Vegas, NV 89106
3  Telephone: 702.868.2600
   Facsimile: 702.385.6862
4  Email: dcanderson@duanemorris.com

5  Attorneys for Defendant LIBERTY
   INSURANCE CORPORATION

## UNTIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; INSURANCE CORPORATION OF NEW YORK, a New York corporation; LIBERTY INSURANCE CORPORATION, an Illinois corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation, NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PENN-AMERICA INSURANCE COMPANY, a Pennsylvania corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; , ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; TRANSCONTINENTAL INSURANCE COMPANY, a British Virgin Islands corporation; TRAVELERS CASUALTY & SURETY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF ILLINOIS, an Illinois corporation; AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 2:08-CV-01300-BES-RJJ<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

DM1\2971204.1/266-36
1
*EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

  Dominica C. Anderson of Duane Morris LLP, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and requests discontinuance of further efiling notifications.

  Dominica C. Anderson, and Lucas M. Gjovig, formerly an associate with Duane Morris LLP, previously represented Defendant LIBERTY INSURANCE CORPORATION, in this matter. An Order of Dismissal with Prejudice as to Defendant LIBERTY INSURANCE CORPORATION was entered in this matter on May 24, 2010. Therefore, it is no longer necessary for Dominica C. Anderson and/or Lucas M. Gjovig to receive further CM/ECF notice and request is hereby made to be removed from the CM/ECF service list.

DATED: November 28, 2011

              DUANE MORRIS LLP


            By: */s/ Dominica C. Anderson*
               Dominica C. Anderson (SBN 2988)

            Attorneys for Defendant LIBERTY INSURANCE
               CORPORATION


SO ORDERED. FURTHER ORDERED that the Clerk shall unseal this motion as there is no basis for sealing said document.
DATED: DEC. 6, 2011

              _____
              UNITED STATES MAGISTRATE JUDGE

DM1\2971204.1/266-36
               2
*EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST