GENA L. SLUGA, ESQ.
Nevada Bar # 9901
GINA M. MUSHMECHE, ESQ.
Nevada Bar #10411
CHRISTIAN, KRAVITZ, DICHTER
& JOHNSON, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Tel: (702) 362-4142
Fax: (702) 362-2203
Attorneys for Travelers Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>                              Plaintiff,<br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; INSURANCE CORPORATION OF NEW YORK, a New York corporation; LIBERTY INSURANCE CORPORATION, an Illinois corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PENN-AMERICA INSURANCE COMPANY, a Pennsylvania corporation; TRAVELERS FIRE AND MARINE INSURANCE COMPANY; a Minnesota corporation; TRAVELERS MERCURY INSURANCE COMPANY, a Minnesota corporation; TRANSCONTINENTAL INSURANCE COMPANY, a British Virgin Islands corporation; TRAVELERS CASUALTY & SURETY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF ILLINOIS, an Illinois corporation; and DOES 1 THROUGH 100,<br><br>                              Defendants. | CASE NO. 2:08-CV-01300-BES-RJJ<br><br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Gena L. Sluga, Esq. and Gina M. Mushmeche, Esq., of Christian, Kravitz, Dichter & Johnson, LLC bring this *Ex Parte* Motion to Remove Counsel from CM/ECF Service

1  List and request discontinuance of further efiling notifications.

2  Gena L. Sluga, Esq. and Gina M. Mushmeche, Esq. previously represented
3  Defendants St. Paul Fire & Marine Insurance Company, St. Paul Mercury Insurance
4  Company, Travelers Indemnity Company, Travelers Indemnity Company of America,
5  Travelers Casualty & Surety Company and Travelers Property Casualty Company of
6  America (formerly Travelers Indemnity Company of Illinois) in this matter. An Order for
7  Dismissal with Prejudice as to St. Paul Fire & Marine Insurance Company, St. Paul
8  Mercury Insurance Company, Travelers Indemnity Company, Travelers Indemnity
9  Company of America, Travelers Casualty & Surety Company and Travelers Property
10 Casualty Company of America (formerly Travelers Indemnity Company of Illinois) was
11 entered in this matter on April 30, 2010. Therefore, it is no longer necessary for Gena L.
12 Sluga, Esq. and Gina M. Mushmeche, Esq. to receive further CM/ECF notice and request
13 is hereby made to be removed from the CM/ECF service list.

DATED this 21st day of December, 2011.

CHRISTIAN, KRAVITZ, DICHTER
& JOHNSON, LLC

By_____
GENA L. SLUGA, ESQ.
Nevada Bar 9901
GINA M. MUSHMECHE, ESQ.
Nevada Bar 10411
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-4142
Fax: (702) 362-2203
Attorneys for Travelers Defendants

IT IS SO ORDERED this 30th day of December, 2011.

_____
UNITED STATES                    JUDGE