ALVERSON TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ.
Nevada Bar No. 008284
7401 West Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000 / (702) 385-7000 Facsimile
Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to
TRANSCONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>  Plaintiff,<br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; INSURANCE CORPORATION OF NEW YORK, a New York corporation; LIBERTY MUTUAL INSURANCE CORPORATION; an Illinois corporation, MARYLAND CASUALTY COMPANY, a Maryland corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PENN-AMERICA INSURANCE COMPANY, a Pennsylvania corporation; ST PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; TRANSCONTINENTAL INSURANCE COMPANY, a British Virgin Islands corporation; TRAVELERS CASUALTY & SURETY COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF ILLINOIS, am Illinois corporation; and DOES 1 THROUGH 100,<br><br>  Defendants. | CASE No.   2:08-cv-01300-RCJ-RJJ<br><br>**MOTION TO REMOVE ATTORNEYS, LEANN SANDERS, ESQ. AND SEETAL TEJURA, ESQ. FROM SERVICE LIST** |

-1-

17777-ST
mtn remove attys

## MOTION TO REMOVE ATTORNEYS, LEANN SANDERS, ESQ. AND SEETAL TEJURA, ESQ. FROM SERVICE LIST

COMES NOW Defendant, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY, by and through its attorneys of record, Alverson, Taylor, Mortensen & Sanders, and hereby requests that the Court remove from the list of counsel to be noticed, LeAnn Sanders, Esq. and Seetal Tejura, Esq., as this Defendant was dismissed on May 24, 2010 pursuant to the Order for Dismissal With Prejudice of National Fire Insurance Company of Hartford (Successor by Merger to Defendant Transcontinental Insurance Company) (Doc. No. 81).

Dated this 4th day of January, 2012.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____
SEETAL TEJURA, ESQ.
Nevada Bar No. 008284
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
(702) 384-7000
Attorneys for Defendant
 NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, successor by merger to TRANSCONTINENTAL INSURANCE COMPANY

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
Chief District Judge
 Dated: This 4th day of January, 2012.